UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EARLAND FITZ DANIELS,

                         Plaintiff,

             -against-

WYNDHAM DESTINATIONS,

                         Defendant.

25-cv-2208 (LLS)

CIVIL JUDGMENT

For the reasons stated in the February 26, 2026, order, the action is DISMISSED.

SO ORDERED.


Dated:    March 5, 2026
          New York, New York


                              /s/ Louis L. Stanton
                              LOUIS L. STANTON
                              United States District Judge